Melissa Reinckens (SBN 314657)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699- 2700
Email: Melissa.Reinckens@us.dlapiper.com

David H. Kramer (SBN 168452)
Jordan R. Jaffe (SBN 254886)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650)493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: jjaffe@wsgr.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

HP INC. AND HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.,

       Plaintiffs,

       v.

WISETA, ZHAICOLOR, MOOHO, ROHON, SHEENGO, ABOIT, HALOFOX, X-E-OFFICE, EJET, KEENKLE, IDAHOTONER, DOES 1-10,

       Defendants.

Case No. 23-cv-344

**COMPLAINT FOR:**

**1) FEDERAL TRADE DRESS INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, AND UNFAIR COMPETITION (LANHAM ACT, 15 U.S.C. § 1125(A));**

**2) COMMON LAW TRADE DRESS INFRINGEMENT, UNFAIR COMPETITION, AND MISAPPROPRIATION;**

**3) FEDERAL FALSE ADVERTISING (LANHAM ACT, 15 U.S.C. § 1125(A)(1));**

**4) CALIFORNIA STATE UNFAIR COMPETITION (UNDER CAL. BUS. & PROF. CODE §§ 17200 ET SEQ.);**

**5) CALIFORNIA STATE DECEPTIVE TRADE PRACTICES (UNDER CAL. BUS. & PROF. CODE § 17500).**

**DEMAND FOR JURY TRIAL**

COMPLAINT

1    Plaintiffs HP Inc. and Hewlett-Packard Development Company, L.P.,

2  (together, "HP") for their Complaint against Defendants WISETA, ZHAICOLOR,

3  MOOHO, ROHON, SHEENGO, ABOIT, HALOFOX, X-E-OFFICE, EJET,

4  KEENKLE, and IDAHOTONER (collectively, "Defendants") for trade dress

5  infringement, false advertising, unfair competition and deceptive trade practices, and

6  related causes of action hereby allege upon actual knowledge with respect to

7  themselves and their own acts, and upon information and belief as to all other

8  matters as follows:

9                    **NATURE OF THIS ACTION**

10    1.    "I feel SCAMMED!"  "100% Misleading," "Deceptive Packaging

11  NOT HP PRODUCT!" "Don't be fooled… It is not HP." "False advertising! The

12  picture on Amazon clearly shows the HP brand ink, but this is NOT from HP."

13  These are the words of some of the many consumers confused by Defendants—

14  online sellers of off-brand ink and toner who operate behind aliases—into

15  purchasing products made to look like HP Original ink and toner.  Defendants'

16  deception is intentional, perpetrated through blatant copying of HP's established

17  and well-recognized trade dress for its HP Original ink and toner packaging.

18    2.    When consumers see a butterfly amid lush plant life on an ink box, the

19  lime-green and black contrast on an XL cartridge package, and the sleek,

20  sophisticated design of the HP toner packaging with HP's circular blue logo in the

21  corner, they instantly know the ink and toner comes from HP.  The trust, goodwill,

22  and brand identity HP has developed over more than eight decades since its

23  founding in 1939 is wrapped up in the familiar look-and-feel of its HP Original ink

24  and toner packaging.

25    3.    Rather than using their own brand identity or trying to establish

26  goodwill themselves, Defendants decided to copy HP's trade dress and lure

27  consumers through look-alike digital images of product packaging and/or actual

28  packaging, passing off their products as HP Original ink and toner.  Their tactics

WEST/301542679

1   are working.  Defendants are capitalizing on HP's reputation, creating consumer

2   confusion in the marketplace, and earning ill-gotten profits.

3       4.      Below are merely examples of Defendants' efforts to imitate the look

4   of HP products in online advertisements.

5

6   <u>XL Series Ink Trade Dress</u>          <u>Exemplary Infringing Ink Packaging</u>
                                                (Defendant ABOIT)

7

8                                     

9

10

11

12   <u>HP Toner Cartridge Packaging</u>       <u>Exemplary Infringing Toner Cartridge</u>
                                                <u>Packaging</u>

13                                              (Defendant MOOHO)

14

15

16                          

17

18

19

20       5.      This action is necessary to stop Defendants' scheme to deceive and

21   prey on consumers through infringement of HP's highly recognizable trade dress.

22   HP seeks injunctive relief, actual damages, disgorgement of Defendants'

23   wrongfully earned profits, corrective advertising damages, costs, attorneys' fees,

24   punitive damages, declaratory relief, and other relief as more fully set forth below.

25   <u>**INTRADISTRICT ASSIGNMENT**</u>

26       6.      This is an intellectual property action and therefore shall be assigned

27   on a district-wide basis per Civil L.R. 3-2(c).

28   /////

COMPLAINT

WEST/301542679

1

## THE PARTIES

2       7.      Plaintiff HP Inc. is a corporation with a principal place of business

3   located at 1501 Page Mill Road, Palo Alto, California 94304, organized under the

4   laws of Delaware.

5       8.      Plaintiff Hewlett-Packard Development Company L.P. ("HPDC") is a

6   limited partnership with its principal place of business located at 10300 Energy

7   Drive, Spring, Texas 77389, organized under the laws of Texas.  HPDC owns the

8   trade dress at issue in this Complaint.  HPDC licenses its intellectual property,

9   including the trade dress at issue, to its related companies, including HP Inc.  The

10  goodwill of HPDC's licensees, including use and promotion of the trade dress at

11  issue by HP Inc., inures to the benefit of HPDC.

12      9.      Defendants are individuals and business entities of unknown makeup

13  who own and/or operate one or more of the e-commerce stores under at least the

14  seller aliases identified on Exhibit A and/or other seller aliases not yet known to

15  Plaintiffs.  Defendants reside and/or operate in the People's Republic of China or

16  other foreign jurisdictions with lax trademark enforcement systems or redistribute

17  products from the same or similar sources in those locations.

18      10.     Whenever in this Complaint, an act or omission by any Defendant is

19  alleged, this allegation shall be deemed to include an allegation that each Defendant

20  acted through its authorized agents, partners, officers, directors, or employees and

21  that such act or omission was authorized by the officers and directors of the

22  corporation, partnership or company.

23      11.     The true names and capacities of defendants sued herein as Does 1

24  through 10 are unknown to HP.  HP, therefore, sues these defendants by such

25  fictitious names.  HP will amend this complaint to allege the true names and

26  capacities of said Doe Defendants when ascertained.  Each of these fictitiously

27  named defendants is responsible in some manner for the acts and conduct alleged

28  herein and that such defendants proximately caused HP harm as alleged herein.

-4-

WEST/301542679

1

**JURISDICTION AND VENUE**

2       12.     This is a civil action alleging trade dress infringement, false

3  designation of origin, unfair competition, and false advertising in violation of the

4  Lanham Act, 15 U.S.C. § 1125, common law trade dress infringement, unfair

5  competition, and misappropriation, and deceptive trade practices under California

6  law, including Business & Professions Code §§ 17200 et seq. and Business &

7  Professions Code § 17500.

8       13.     This Court has jurisdiction over the subject matter of this action

9  pursuant to 28 U.S.C. §§ 1331, 1337(a), 1338(a) and (b), because the claims

10  address federal questions concerning the Lanham Act.  This Court has supplemental

11  jurisdiction over HP's state law claims because those claims are joined with

12  substantially related claims under the Lanham Act.  This Court also has

13  supplemental jurisdiction over HP's state law claims pursuant to 28 U.S.C. §

14  1367(a), because all of HP's claims arise out of a common nucleus of operative

15  facts.

16       14.     This Court has personal jurisdiction over the Defendants because they

17  have conducted substantial business throughout the State of California and

18  attempted to derive financial benefits from residents of the State of California.

19       15.     Defendants own and operate ecommerce storefronts on one or more

20  third-party platforms, including Amazon, Walmart, Newegg, and Temu.

21  Defendants advertise and offer for sale products featuring infringing digital product

22  packaging images and product packaging, infringing trade dress to be shipped to

23  addresses in the United States, including to consumers in the State of California and

24  this District.  Defendants' ecommerce storefronts also feature false and misleading

25  statements of fact concerning products advertised and offered for sale in commerce,

26  including about the source and/or origin of Defendants' products.  Defendants'

27  deceptive conduct complained of herein places products into the stream of

28  commerce, with the knowledge or understanding that such products are sold in the

-5-

1    State of California.

2         16.    Test purchases confirm that each Defendant accepts payment in U.S.

3    dollars and have shipped products or directed the shipping of products purchased

4    from Defendants' infringing ecommerce storefronts to addresses in this District.

5         17.    In the alternative, this Court has personal jurisdiction over each

6    Defendant pursuant to Federal Rule of Civil Procedure 4(k)(2) because (1) HP's

7    Lanham Act claims against each Defendant arise out of federal law; (2) Defendants

8    are not subject to jurisdiction in any state courts of general jurisdiction in the

9    United States; and (3) exercising jurisdiction over each Defendant comports with

10   due process given that each Defendant targets United States consumers including

11   by directing advertising of the infringing packaging and distributing product to

12   United States consumers.

13        18.    Venue in this Court exists under 28 U.S.C. § 1391(b)(2) as a

14   substantial part of the events giving rise to HP's claims occurred within this

15   District.

16                          **FACTUAL BACKGROUND**

17            **HP's Business and Reputation for Quality Innovations**

18        19.    Founded in 1939 by Bill Hewlett and Dave Packard in a one-car garage

19   near Stanford University, Hewlett-Packard Company, long known as HP, has

20   epitomized the innovation and entrepreneurial spirit for which Silicon Valley has

21   become renowned.

22        20.    HP has been a household name for over half of a century.  The HP

23   brand has become synonymous with trust, innovation and high-quality products.

24        21.    In 2015, Hewlett-Packard Company separated into two publicly listed

25   companies: HP Inc. and Hewlett Packard Enterprises Company.  With the split,

26   Hewlett-Packard Company renamed itself HP Inc. and carried forward the HP

27   brand, its personal computer and printing businesses, and its 75-year legacy of

28   innovation and commitment to excellence.

COMPLAINT

22.     HP pioneered the inkjet and desktop LaserJet printers that have become staples of the home and business office, and it has continued to innovate and reinvent these products since their introduction decades ago.

23.     HP markets its HP Original ink and toner cartridges to consumers and businesses, and manufactures it to exact specifications for HP printers. HP employs rigorous quality control measures to ensure that its customers continue to enjoy premium-quality ink and toner products and the best possible printing experience.

24.     HP advertises and sells its HP Original ink and toner cartridges under HP's recognized corporate brand identity and distinctive trade dress. Consumers know HP Original ink and toner cartridges will not only work with their HP printers, but that they will provide a high-quality printing experience. And they know they are buying HP by looking for the well-recognized and distinctive packaging that HP has used to sell and advertise its HP Original ink and toner cartridges for nearly 15 years.

## HP's Distinctive Ink and Toner Trade Dress

25.     In or about 2008, HP began to develop its current trade dress for HP Original ink and toner cartridges. It worked with a professional brand design consultant and spent hundreds of thousands of dollars and many months to create a distinctive look-and-feel for HP Original ink and toner cartridge packaging that would come to be clearly associated with HP Original ink and toner.

26.     To achieve this design goal, HP selected distinctive images and colors and combined them with already well-known HP brand elements. HP specifically selected images that had no existing association to printing, printers, or ink and toner products so that consumers would draw a clear, immediate, and lasting association between the imagery, design, and the HP brand.

27.     To further tie the unique imagery to HP, HP not only incorporated a blue circle that contains the stylized HP lettering featured in HP's logo, but also specifically inserted into other design features and lettering the light blue color that

WEST/301542679

1    has long been associated with the HP brand.

2

3

4    

5

6

7    28.    The detailed imagery on HP's packaging for its HP Original ink and

8    toner cartridges are suggestive of the detail and quality that its HP Original ink and

9    toner cartridges are capable of printing.

10    29.    HP launched the newly designed ink and toner cartridge packaging in

11    or about 2009 and 2010, respectively, and has used the same packaging designs to

12    advertise and sell HP Original ink and toner cartridges since its launch.

13    **A.    HP's Original Ink Cartridge Trade Dress**

14    30.    In developing its new HP Original ink cartridge packaging, HP

15    specifically selected butterfly and plant-life imagery that had no existing

16    association to printing, printers, or ink products to create a direct connection

17    between the imagery and the HP brand.

18    31.    HP packaging for HP Original standard ink cartridges ("Standard

19    Series Ink") also incorporates the same blue color HP uses in its widely recognized

20    HP logo on the box elements, lettering, and in the vivid, detailed imagery of blue

21    butterflies amid plant life.

22    32.    HP packaging for HP Original extra-large and high-yield ink cartridges

23    ("XL Series Ink") prominently features black and lime-green color contrast, uses

24    the same lime-green color on lettering and box elements alongside complementary

25    green plant life.  The XL Series Ink boxes depict detailed imagery of a multi-

26    colored butterfly with glints of blue on its wings resting on vivid, lime-green

27    foliage.

28    /////

COMPLAINT

33. The packaging for HP Original ink cartridges was designed to be bold and eye-catching. The bright colors of the Standard Series Ink and XL Series Ink packaging are set off against a black background with a color coordinated nature scene and distinctive packaging with beveled edges and black side panels (each depicted directly below).



34. The inherently distinctive, non-functional appearance of HP's Standard Series Ink product packaging is referred to herein as the "Standard Series Ink Trade Dress."

35. One embodiment of the Standard Series Ink Trade Dress is depicted below.



COMPLAINT

36.     HP's Standard Series Ink Trade Dress comprises the overall appearance of the product packaging, including but not limited to the shape, color, color combinations, and imagery.  Features of the Standard Series Ink Trade Dress include:

- Bright blue top panel;
- Bright blue accents calling out text and product features;
- Black beveled side panels;
- HP logo, with white stylized letters against a blue circular background, featured in the top left corner of the packaging;
- Vibrant nature scene showing detailed imagery of butterflies in bright blue; and
- White call out panel describing features of the ink cartridges.

37.     The inherently distinctive, non-functional appearance of HP's XL Series Ink product packaging includes at least the following elements and is referred to herein as the "XL Series Ink Trade Dress."  One embodiment of the XL Series Ink Trade Dress is depicted below.



WEST/301542679

38.     HP's XL Series Ink Trade Dress comprises the overall appearance of the product packaging, including but not limited to the shape, color, color combinations, and imagery.  Features of the XL Series Ink Trade dress include:

- Bright green top panel;
- Bright green accents calling out text and product features;
- Black beveled side panels;
- HP logo, with white stylized letters encompassed in a blue circular background, featured in the top left corner of the packaging;
- Vibrant green nature scene showing detailed imagery of a butterfly resting on lush, green plant life; and
- White call-out panel describing features of the ink cartridges.

39.     HP has used the HP Standard Series Ink Trade Dress and XL Series Ink Trade Dress continuously for nearly 15 years to package, promote, and sell its HP Original ink cartridges.

**B.     HP's Toner Cartridge Trade Dress**

40.     Alongside its campaign to redesign its HP Original ink cartridge packaging, also in or about 2008-2009, HP designed new packaging for its HP Original toner cartridges, which it ultimately rolled across its numerous HP Original toner products beginning in or about 2009-2010.

41.     HP has utilized this new packaging for more than a decade, creating and emphasizing a consistent look-and-feel across its HP Original toner cartridge products.

42.     As with its HP Original ink cartridge packaging, HP chose for its HP Original toner cartridge packaging unique imagery – the digital list of city names — that had no connection to printers, printing, or toner cartridges.  This allowed HP to create a connection between its package imagery and the sophistication it evokes and HP in the minds of customers.  The imagery embodies the concepts of global business, cutting-edge technology, and signals that HP Original toner cartridges are

COMPLAINT

suited to print at the highest level and to meet all printing needs—from home or home office to the largest business.  HP underscored this message by setting the imagery in a clean, black background.  Again, HP tied the design back to HP's existing corporate brand identity by including the HP blue circular logo and angling the white/black color contrast to match the angle of the HP logo.

43.  The inherently distinctive, non-functional appearance of the HP Original toner packaging includes at least the following elements and is herein referred to as the "Toner Trade Dress."  One embodiment of the Toner Trade Dress is shown below:



44.  The HP Toner Trade Dress comprises the overall appearance of the product packaging, including but not limited to the color, color combinations, and graphics.  Features of the Toner Trade Dress include:

- Digital display of city names from around the world set on an angle and fading into the black background;
- The front panel of the product packaging features a bold diagonal cut, mimicking the angle of the letters "hp" in HP's logo, that contrasts the black background and white product detail information;
- HP logo, with a blue circle encompassing white stylized letters, featured in the top left corner of the packaging; and
- White call-out panel describing features of the toner cartridges.

/////

45.  The combination of elements on HP's packaging for its ink and toner cartridges are inherently distinctive, non-functional and easily recognized by

WEST/301542679

1    consumers as designating HP as the source of the products.  Collectively HP's

2    Standard Series Ink Trade Dress, XL Series Ink Trade Dress, and Toner Trade

3    Dress are referred to as the "HP Trade Dress."

4    **C.    The HP Trade Dress Has Acquired Secondary Meaning Through**

5    **Extensive Promotion and Sales**

6        46.    To the extent the HP Trade Dress is not deemed to be inherently

7    distinctive, it has acquired secondary meaning by virtue of HP's extensive

8    promotion of the HP Trade Dress and voluminous sales of HP Original ink and

9    toner products bearing the HP Trade Dress.

10       47.    HP sells HP Original ink and toner cartridges bearing the HP Trade

11   Dress for use in HP printers.  Over nearly 15 years of continuous use, HP has built

12   strong consumer and general public recognition in the HP Trade Dress.

13       48.    HP has extensively advertised the HP Trade Dress, including, without

14   limitation, on the HP website (www.hp.com), through online and social media, and

15   in retail stores.

16       49.    As one example only, the HP Trade Dress was prominently featured in

17   the below commercial posted to HP's YouTube Channel on or around April 17,

18
19
20
21
22
23
24   
25
26
27
28

-13-

COMPLAINT

2020.  This video was viewed forty-four thousand times.[1]

50.    HP has continuously used the HP Trade Dress both on its ubiquitous HP Original ink and toner products and in images as part of its deliberate and expansive promotion of those products for nearly 15 years.  Customers only need to glance at the packaging design, images, and overall makeup of an ink or toner product to quickly recognize the products as associated with HP.  The elements of the HP Trade Dress are so well recognized as an indicator of source for HP at this point, that consumers can identify the origin of the product even without an express reference to "HP."

51.    Net revenues from printing supplies comprised 19% of HP's annual net revenue of $63 billion for fiscal year 2022.

## Defendants' Infringing and Intentionally Deceptive Acts

### A. Defendants' Deceptive E-Commerce Stores, Product Pages, and Digital Imagery and Product Packaging

52.    Defendants' digital imagery of product packaging and, in some cases, their actual product packaging are designed to confuse consumers into believing that consumers are purchasing HP Original ink or toner, when they are not.

53.    Defendants seek to ensnare consumers at a glance, capitalizing on the quick purchasing decisions that consumers make once they recognize the trade dress of the ink or toner they typically use.

54.    The fact that consumers make these purchases on Amazon and other e-commerce platforms, often on a smart phone or tablet exacerbates the impact of the striking similarity of Defendants' digital imagery and product packaging to the HP Trade Dress.  When consumers use phones or other smaller electronic devices to purchase products, they are viewing images that are smaller, often in lower resolution, with decreased stability and brightness.  Whether because of these limitations or the hurried nature of mobile transactions, many consumers may

---

[1] https://www.youtube.com/watch?v=fejs_yNScls

COMPLAINT

1    simply see familiar digital images and model numbers and make a purchase.

2        55.    Defendants know and rely on this purchasing experience.  Indeed, in

3    many cases, Defendants are promoting the sale of ink and toner cartridges using

4    infringing images of product packaging, even though the actual packaging used to

5    deliver the product bears no resemblance to that used in advertising.  Exhibit B

6    shows true and correct images comparing the digital images of products Defendants

7    advertised compared to the actual products Defendants are shipping. As it shows,

8    Defendants are often employing bait and switch tactics.

9    **i.  Defendant WISETA**

10       56.    Defendant WISETA sells and/or manufactures ink and toner cartridges

11   and advertises its products for sale, including but not limited to, on the Amazon

12   platform.

13       57.    A number of Defendant WISETA's listings on its Amazon storefront

14   feature digital images of product packaging that directly infringe the XL Series Ink

15   Trade Dress and Toner Trade Dress.  The images used by Defendant WISETA

16   feature the blue circle logo in the top lefthand with white text inside the circle and

17   the bold diagonal line with details about the product in white on the right-hand side.

18       58.     Depicted directly below is an illustrative side-by-side comparison of

19   the HP Trade Dress compared to a listing from the WISETA Amazon store front.

| **HP Original Product** | **Wiseta Infringing Packaging** |
| --- | --- |
|  | |

26       59.    In addition to the infringing toner digital imagery of product packaging

27   and product packaging referenced above, Defendant WISETA also uses digital

28   imagery of product packaging in its advertising that infringe the HP XL Series Ink

COMPLAINT

1  Trade Dress.

2      60.    Depicted below is a representative advertisement of Defendant

3  WISETA, that prominently features digital imagery of product packaging that

4  infringe the XL Series Ink Trade Dress.



**WISETA Advertisement from Amazon Storefront**

15      61.    Defendant WISETA is attempting to capitalize on the goodwill and

16  well-known nature of the HP Trade Dress.

17      62.    WISETA's use of the HP Trade Dress deceived, misled and/or

18  confused consumers who visited the Amazon marketplace intending to buy HP

19  Original ink and toner such that they unwittingly purchased WISETA ink and toner

20  instead.  Indeed, numerous verified purchasers of WISETA ink and toner products

21  have complained of just this deception in negative reviews left on Amazon.

22  Depicted below are a few illustrative reviews of WISETA customers taken from the

23  Amazon Platform expressing confusion about the source or association of the

24  digital images associated with the product packaging.  Customers highlighted in

25  their negative reviews that "the packaging makes it look as if it is genuine HP ink."

26  and that "though the box looks like HP it's not."

27  /////

28

COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19



20    63.    HP has had test purchases made of Defendant WISETA's ink and

21    toner cartridges that confirm products purchased through Defendant WISETA's

22    deceptive product pages are shipped to locations in this District.

23    64.    Although Defendant WISETA offers for sale ink and toner cartridges

24    depicted in digital images as bearing strikingly similar product packaging to HP's

25    XL Series Ink Trade Dress or Toner Trade Dress, following a test purchase, the ink

26    and toner cartridges that arrived bore no resemblance to the products WISETA

27    offered for sale. *See* below and Ex. B.

28    /////

-17-

COMPLAINT

| **Front View of Wiseta Test Purchase Packaging** | **Side View of Wiseta Test Purchase Packaging** |
|---|---|
|  |  |

**ii.    Defendant ZHAICOLOR**

65.    Defendant ZHAICOLOR sells and/or manufactures ink and toner cartridges, including but not limited to, on the Amazon platform.  Defendant ZHAICOLOR uses digital images in its advertising of its ink cartridges that infringe the HP Trade Dress.

66.    ZHAICOLOR is a Defendant based in China, that sells its products online via the Amazon platform, and other e-commerce platforms.

67.    Certain elements of the XL Series Ink Trade Dress that Defendant ZHAICOLOR is copying include, but are not limited to, bright green top panel, bright green accents calling out text and product features, the blue circle in the top lefthand corner, with white text featured inside the circle, a zoomed in shot of a butterfly, and a vibrant green nature scene.

/////

COMPLAINT

68.    Below is an example of the HP Original product advertised for sale compared to the packaging advertised by Defendant ZHAICOLOR.

| HP Original Product | ZHAICOLOR Infringing Packaging |
|---|---|
|  |  |

69.    The ZHAICOLOR Amazon storefront prominently depicts the infringing digital imagery of product packaging and product packaging and even features products shown in infringing digital packaging images as some of the storefront's "bestsellers."

/////

/////

/////

/////

/////

/////

-19-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22



23    70.    After receiving their orders, numerous verified purchasers of

24  ZHAIOLOR ink have left reviews on Amazon in which they state that: (1) they

25  intended to and/or believed from the product images that they were purchasing

26  Original HP ink; (2) the product delivered by Defendant ZHAICOLOR is not HP

27  Original ink and is often inferior; and (3) the digital imagery of the product

28

packaging advertised by Defendant ZHAICOLOR is misleading and appears to depict HP Original ink products.

71.    Indeed, in numerous negative reviews on the Amazon Platform, customers warn others not to use the ink after accidentally ordering the cartridges because the listings are, "100% Misleading."

72.    Illustrative reviews from Defendant ZHAICOLOR's infringing listings are depicted directly below.



73.    HP has had test purchases made of Defendant ZHAICOLOR ink cartridges that confirm products purchased through Defendant ZHAICOLOR's deceptive product pages are shipped to locations in this District.

**iii.    Defendant MOOHO**

74.    Defendant MOOHO sells and/or manufactures ink and toner cartridges, including but not limited to, on the Amazon platform.  Defendant MOOHO uses digital images of product packaging in its advertising that infringe

-21-

the HP Trade Dress.

75.   Defendant MOOHO is a Defendant based in China, that sells its products online via the Amazon platform, and through other e-commerce channels.

76.   Below is an example of the HP Original toner product advertised for sale compared to the packaging advertised by Defendant MOOHO.

| HP Original Product | MOOHO Infringing Packaging |
|---|---|
|  |  |

77.   In addition to the infringing toner trade dress, Defendant MOOHO also advertises ink cartridges for sale using images that infringe the XL Series Ink Trade Dress.  An illustrative screenshot depicting such an advertisement from the MOOHO Amazon storefront is included directly below.

| Advertising from MOOHO Storefront |
|---|
|  |

78.   Depicted below is an additional true and correct screenshot from Defendant MOOHO's Amazon storefront.  Notably, in addition to the overall look-and-feel of the HP Toner Trade Dress, MOOHO's digital product images use a logo

COMPLAINT

1  featuring a blue circle encompassing white stylized letters "mh" in the top left-hand

2  corner of the box in a manner that is nearly identical to the HP logo- down to the

3  slanted angle of the "h."

4

5



6

7

8

9

10

11

12

13

14

15

16      79.    Deceived customers posted reviews on Amazon warning others not to

17  purchase the products in the one-star reviews on the products.

18      80.    One reviewer in particular called out the problem of buyers on e-

19  commerce platforms seeing familiar packaging and purchasing without closely

20  reviewing- saying, "[t]his image is an HP carridge [sic] box with the HP removed. I

21  was moving quickly and did not notice upon ordering….I feel SCAMMED!"

22  /////

23  /////

24  /////

25  /////

26  /////

27  /////

28  /////

COMPLAINT

WEST/301542679

1



2

3

4

5

6

7

8

9

10

11

12

13

14       81.    HP has had test purchases made of Defendant MOOHO's toner

15   cartridges that confirm products purchased through Defendant MOOHO's

16   deceptive product pages are shipped to locations in this District.

17       82.    Although Defendant MOOHO offers for sale toner cartridges depicted

18   in digital images as bearing strikingly similar product packaging to HP's Toner

19   Trade Dress, following a test purchase, the toner cartridge that arrived bore no

20   resemblance to the product MOOHO offered for sale.  *See* Ex. B.

21   **iv.    Defendant ROHON**

22       83.    Defendant ROHON is a defendant based in China who sells and/or

23   manufactures ink and toner cartridges, including but not limited to, on the Amazon

24   platform and other e-commerce platforms.  Defendant ROHON uses digital images

25   in its advertising that infringe the HP Trade Dress.

26       84.    Certain elements of the XL Series Ink Trade Dress that Defendant

27   ROHON is copying include, but are not limited to, the bright green top panel,

28   bright green accents calling out text and product features, high-detail image of lush,

1    green plant life, a blue circle with the white, stylized text inside, and the white

2    callout box with details about the product.

3        85.    Below is an example of the HP Original ink product advertised for sale

4    compared to the packaging advertised by Defendant ROHON.



| **HP Original Product** | **ROHON Infringing Packaging** |
|---|---|

14        86.    Defendant ROHON's Amazon storefront prominently features these

15    and other infringing digital ink packaging images.

16        87.    Deceived customers highlighted Defendant ROHON's misleading

17    conduct in one-star and otherwise negative reviews after purchases from Defendant

18    ROHON's Amazon storefront.  One reviewer was quick to point to the misleading

19    nature of the images used, titling their review, "False advertising!"

20    /////

21    /////

22    /////

23    /////

24    /////

25    /////

26    /////

27    /////

28    /////

COMPLAINT

WEST/301542679

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20



21    88.    HP has had test purchases made of Defendant ROHON's ink

22  cartridges that confirm products purchased through Defendant ROHON's deceptive

23  product pages are shipped to locations in this District.

24  **v.    Defendant SHEENGO**

25    89.    Defendant SHEENGO is a defendant based in China who sells and/or

26  manufactures ink and toner cartridges, including but not limited to, on the Amazon

27  platform and other e-commerce platforms.  Defendant SHEENGO uses digital

28  images in its advertising that infringe the HP Trade Dress.

WEST/301542679

90.    Certain elements of the XL Series Ink Trade Dress that Defendant SHEENGO is copying include, but are not limited to, the bright green top panel, bright green accents calling out text and product features, high-detail image of lush, green plant life, and the white callout box with details about the product.

91.    Below is an example of an HP Original ink product advertised for sale compared to the packaging advertised by Defendant SHEENGO.

| HP Original Product | SHEENGO Infringing Packaging |
|---|---|
|  |  |

92.    In the negative reviews associated with products on the Amazon storefront, deceived customers expressed that it was "Deceptive Packaging NOT HP PRODUCT!"

93.    Illustrative reviews on the products sold by SHEENGO are depicted directly below.

/////

/////

/////

/////

-27-

1
2
3
4
5
6
7
8
9
10
11
12

| **Representative Negative Reviews from Defendant SHEENGO's Amazon Storefront** |
|---|
|  thebarbaraclub<br>★☆☆☆☆ **Deceptive Packaging NOT HP PRODUCT!**<br>Reviewed in the United States on December 12, 2022<br>Verified Purchase<br>Deceptive packaging to appear as HP packaging. really outrageous |
|  Sue's Review<br>★☆☆☆☆ **These are not HP Toner Cartridges. False Advertising!!**<br>Reviewed in the United States on December 16, 2022<br>Verified Purchase<br>A Picture of HP Toner Cartridges is shown, however they are not manufactured by HP. |

13  94.    HP has had test purchases made of Defendant SHEENGO ink

14  cartridges that confirm products purchased through Defendant SHEENGO's

15  deceptive product pages are shipped to locations in this District.

16  95.    Although Defendant SHEENGO offers for sale ink cartridges depicted

17  in digital images as bearing strikingly similar product packaging to HP's XL Series

18  Ink Trade Dress, following a test purchase, the ink cartridge that arrived bore no

19  resemblance to the products SHEENGO offered for sale.  *See* Exhibit B.

20  **vi.    Defendant ABOIT**

21  96.    Defendant ABOIT is a defendant based in China who sells and/or

22  manufactures ink and toner cartridges, including but not limited to, on the Amazon

23  platform and other e-commerce platforms.  Defendant ABOIT uses digital images

24  of product packaging in its advertising and product packaging that infringe the

25  Toner Trade Dress.

26  97.    Certain elements of the Toner Dress that Defendant ABOIT is copying

27  include, but are not limited to, the blue circle on the lefthand side with stylized,

28  white text inside, a digital display fading into the black background, a diagonal line

COMPLAINT

1  dividing the white/black portions of the front panel, with the information about the
2  product.

3       98.    Below is an example of an HP Original toner product advertised and
4  offered for sale compared to the packaging advertised by Defendant ABOIT.

| HP Original Product | Infringing ABOIT Packaging |
|---|---|



13       99.    An exemplary screenshot from the Amazon storefront depicting the
14  infringing digital toner packaging images is directly below.

| Screenshot from ABOIT Amazon Storefront |
|---|



COMPLAINT

WEST/301542679

100.    Deceived consumers posted a number of negative product reviews on Amazon, illustrative examples of which are depicted directly below.

**Representative Reviews from Defendant ABOIT's Amazon Storefront**

j scott

★☆☆☆☆  **NOT PRODUCT PICTURED**
Reviewed in the United States us on December 19, 2022
**Verified Purchase**
The picture of the product is deceiving. They use a picture of the HP cartridges, but they send you off-brand replacement cartridges!

Helpful    Report abuse

Amazon Customer

★☆☆☆☆  **Terrible! Don't waste your money.**
Reviewed in the United States us on December 6, 2022
**Verified Purchase**
Not HP ink! Color is extremely faded. Deserves no stars. Didn't catch that it wasn't HP due to copy cat packaging. Red ink looks like muted pink. Waste of money. Returning for sure.

Helpful    Report abuse

101.    HP has had test purchases made of Defendant ABOIT toner cartridges that confirm products purchased through Defendant ABOIT's deceptive product pages are shipped to locations in this District.

**vii.    Defendant HaloFox**

102.    Defendant HaloFox sells and/or manufactures ink and toner cartridges and, based on information provided to the Amazon platform, appears to be based in China.

103.    On its Amazon storefront, Defendant HaloFox lists a number of ink and toner cartridge replacements available for sale, with many of the listings featuring digital packaging images that are highly similar to the HP Trade Dress.

104.    Certain elements of the HP Toner Dress that Defendant HaloFox is copying include, but are not limited to, the bright green top panel, bright green accents calling out text and product features, high-detail image of a blue-tinted butterfly resting on lush, green plant life, a blue circle with the white, stylized text inside, and the white callout box with details about the product.

-30-

COMPLAINT

105.   Depicted below is a side-by-side comparison of an HP Original ink product compared to one of the ink cartridge products that Defendant HaloFox advertises and offers for sale.

| HP Original Product | Infringing HaloFox Packaging |
|---|---|
|  |  |

106.   A true and correct screenshot showing Defendant HaloFox's Amazon storefront is shown below, with one example of the packaging featuring the infringing XL Series Ink Trade Dress prominently.

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

-31-

1

**Representative Advertisement from HaloFox Amazon Storefront**



2
3
4
5
6
7
8
9
10
11

12    107.    Deceived consumers who bought HaloFox ink cartridges based on its

13    infringing digital images of ink product packaging, which HaloFox uses to

14    advertise and offer for sale its products on Amazon and Walmart platforms, left

15    reviews expressing confusion and disappointment that the products that arrived did

16    not match with the advertisement.

17    108.    The HaloFox seller profile on the Wal-Mart online seller's platform

18    reflects feedback with customers highlighting that the product as pictured "appears

19    to be new real HP cartridges," but are not.

20    /////
21    /////
22    /////
23    /////
24    /////
25    /////
26    /////
27    /////
28    /////

-32-

WEST/301542679

| **Exemplary Negative Reviews from HaloFox Walmart Seller's Profile** |
| --- |



109.   HP made test purchases of Defendant HaloFox ink cartridges that confirm products purchased through Defendant HaloFox's deceptive product pages are shipped to locations in this District.

**viii. Defendant X-E-Office**

110.   Defendant X-E-Office is a Defendant based in China that sells and/or manufactures toner cartridges and advertises those toner cartridges for sale, including on the Amazon Platform, as well as through other e-commerce platforms.

111.   Defendant X-E-Office uses digital images in its advertising and product pages that infringe the Toner Trade Dress.

112.   Certain elements of the Toner Dress that Defendant X-E-Office is copying include, but are not limited to, a digital display of city names from around the world set on an angle and fading into the black background, the blue circle on the lefthand side with white text inside, a diagonal cut that contrasts the black background and white product detail information.

113.   Below is an example of HP Original toner product advertised and offered for sale compared to the digital images of packaging advertised by

COMPLAINT

WEST/301542679

Defendant X-E Office.

| HP Original Product | Infringing X-E Office Packaging |
|---|---|
|  | |

114.   At least one deceived customer who purchased a toner cartridge from X-E Office explained "I bought this thinking it was an HP product and it is not.  IT states that it is BUT IT IS NOT."

| **Negative Review from X-E Office Amazon Storefront** |
|---|
| Elizabeth |
| ⭐☆☆☆☆  THIS IS NOT AN HP PRODUCT |
| Reviewed in the United States us on October 14, 2022 |
| **Verified Purchase** |
| I bought this thinking it was an HP product and it is not. IT states that it is BUT IT IS NOT. These do not work in the HP printers. BE AWARE!!! |
| Helpful   \|   Report abuse |

115.   HP has had test purchases made of Defendant X-E Office toner cartridges that confirm products purchased through Defendant X-E Office's deceptive product pages are shipped to locations in this District.

116.   Although Defendant X-E Office offers for sale toner cartridges depicted in digital images as bearing strikingly similar product packaging to HP's Toner Trade Dress, following a test purchase, the ink and toner cartridge that arrived bore no resemblance to the products X-E Office offered for sale.  *See* Exhibit B.

ix.   **Defendant EJET**

117.   Defendant EJET is a Defendant based in China that sells and/or manufactures ink cartridges and advertises those ink cartridges for sale, including

-34-

COMPLAINT

on the Amazon Platform.  As well as through other e-commerce platforms.

118.    Defendant EJET uses digital images in its advertising that infringe the XL Series Ink Trade Dress.

119.    Certain elements of the XL Series Ink Trade Dress that Defendant EJET is copying include, but are not limited to, a bright green top panel, bright green accents calling out text and product features, a vibrant green nature scene showing detailed images a butterfly resting on lush, green plant life, and a white callout panel describing featuring details about the ink cartridges.

120.    Below is an example of the HP Original ink product advertised and offered for sale compared to the digital packaging advertised by Defendant EJET.

| **HP Original Product** | **Infringing EJET Packaging** |
|---|---|
|  |  |

121.    A true and correct screenshot showing Defendant EJET's Amazon storefront is shown below, with two images of the digital packaging images prominently depicting the infringing HP XL Series Ink Trade Dress.

/////

/////

/////

/////

1

2    **Representative Advertisement from EJET Amazon Storefront**



12    122.   Illustrative negative reviews from customers after purchasing products

13    featuring Defendant EJET's infringing packaging imagery are depicted directly

14    below.  Customers identified Defendant EJET as providing "misleading

15    advertising."

16

17    **Negative Reviews from EJET Amazon Storefront**



-36-

COMPLAINT

123.    HP has had test purchases made of Defendant EJET's toner cartridges that confirm products purchased through Defendant EJET's deceptive product pages are shipped to locations in this District.

**x.    Defendant KEENKLE**

124.    Defendant KEENKLE is a Defendant based in China that sells and/or manufactures ink and toner cartridges and advertises those ink and toner cartridges for sale, including on the Amazon Platform as well as through other e-commerce platforms.

125.    Defendant KEENKLE uses digital images in its advertising that infringe the HP Trade Dress.

126.    Below is an example of the HP Original toner product advertised for sale compared to the digital packaging image advertised by Defendant KEENKLE.

| __HP Original Product__ | __KEENKLE Infringing Packaging__ |
|---|---|
|  | |

127.    The KEENKLE Amazon storefront prominently features infringing digital images of toner packaging.

/////

/////

/////

/////

/////

/////

COMPLAINT

1

2



**Capture of Keenkle Amazon Storefront**

3

4

5

6

7

8

9

10

11

12     128.   Even before ordering, consumers called out the misleading packaging,

13  asking as a question on one of Defendant KEENKLE's listings, "Are they genuine

14  hp toner? or a compatible one? The main picture confuses me." Another reviewer

15  confirms, "NOT HP toner."

16

17  **Representative Reviews and Questions from KEENKLE Amazon Storefront**

18  Plunks

19  ★☆☆☆☆  **Not HP toner**
    Reviewed in the United States us on January 14, 2023

20  Verified Purchase
    Does not have HP printer chip. Product does not work.

21
    Helpful   |   Report abuse

22

23
    Are they geniue hp toner? or a compatible one? the main picture confuses me.

24
    It's a compatible toner. Worked just fine in my printer.

25  By Amazon Customer on May 17, 2022

      See more answers (1)
26

27  /////

28  /////

-38-

COMPLAINT

1        129.   HP has had test purchases made of Defendant KEENKLE toner

2    cartridges that confirm products purchased through Defendant KEENKLE's

3    deceptive product pages are shipped to locations in this District.

4        130.  Although Defendant KEENKLE offers for sale toner cartridges

5    depicted in digital images as bearing strikingly similar product packaging to HP's

6    Toner Trade Dress, following a test purchase, the ink and toner cartridge that

7    arrived bore no resemblance to the products KEENKLE offered for sale.  *See*

8    Exhibit B.

9    **xi.    Defendant IDAHOTONER**

10        131.   Defendant IDAHOTONER is a Defendant based in China that sells

11   and/or manufactures ink and toner cartridges and advertises those ink and toner

12   cartridges for sale, including on the Amazon Platform as well as through other e-

13   commerce platforms.

14        132.   Defendant IDAHOTONER uses digital images of product packaging

15   in its advertising that infringe the HP Standard Series Ink Trade Dress and Toner

16   Trade Dress.

17        133.   Below is an example of the HP Standard Series Ink Trade Dress

18   advertised for sale compared to the digital packaging image advertised by

19   Defendant IDAHOTONER.

20   /////

21   /////

22   /////

23   /////

24   /////

25   /////

26   /////

27   /////

28   /////

WEST/301542679

| Original HP Product | Infringing IDAHOTONER Packaging |
|---|---|



134.   The elements of the HP Standard Series Ink Trade Dress that Defendant IDAHOTONER is copying in its packaging include, but are not limited to, the bright blue top panel, the blue circle in the top lefthand corner with white text, the white diagonal line, with the righthand section in white featuring the product information.

135.   Below is an example of the Toner Trade Dress advertised for sale compared to the digital packaging image advertised by Defendant IDAHOTONER.

| Original HP Product | Infringing IDAHOTONER |
|---|---|



136.   Although Defendant IDAHOTONER offers for sale ink and toner cartridges depicted in digital images as bearing strikingly similar product packaging

WEST/301542679

to the HP Standard Series Ink Trade Dress and the Toner Trade Dress, following a test purchase, the ink and toner cartridge that arrived bore no resemblance to the products KEENKLE offered for sale.  *See* Exhibit B.

**B. Defendants' Willful Deception of Consumers: Bait and Switch**

137.   The use of strikingly similar trade dress falsely suggests that the ink and toner cartridges shown in Defendants' advertisements are HP Original ink or toner cartridges.

138.   Each Defendant's product page conveys the literally false and materially misleading message that the ink or toner they sell is genuine HP Original ink or toner.

139.   At least Defendants WISETA, X-E Office, KEENKLE, MOOHO have sold and/or are selling toner cartridges using digital images that infringe on HP's Toner Trade Dress to induce buyers into purchasing their product, when in fact their actual packaging looks nothing like the product packaging featured in the digital images on their product listing page.  *See* Exhibit B.

140.   At least Defendants EJET, WISETA, MOOHO, HALOFOX, ZHAICOLOR, ROHON, ABOIT, and SHEENGO seem to have chosen to copy the HP XL Series Ink Trade Dress because the HP Original XL Series Ink cartridges are more expensive due to HP's longer lasting and/or higher-yield ink cartridges. Defendants know that consumers are accustomed to paying higher prices for this series of inks and have chosen to copy that trade dress to capitalize on the higher price point.

## **HARM TO HP AND ITS BRAND**

141.   HP has expended substantial time, money, and resources in order to ensure that the HP Trade Dress is widely and exclusively recognized by consumers as being associated with high-quality HP Original ink and toner products.  The goodwill and brand recognition associated with the HP Trade Dress is of incalculable value to HP.

-41-

142.   Defendants' actions are likely to cause, have caused and will continue to cause confusion in the minds of relevant consumers regarding the source and quality of Defendants' products.  Consumers are confused (or deliberately misled) into believing that they are purchasing HP products when they are instead receiving Defendants' products.  That not only deprives HP and its authorized sellers of sales and unjustly lines Defendants' pockets, but also damages HP's consumer goodwill. This is especially true in the typical case where Defendants' products are of inferior quality. And if HP's customers have a poor experience with a product they believe to have originated with HP, they may be unwilling or, at a minimum, less inclined to purchase other HP products in the future.

**CLAIMS AND CAUSES OF ACTION**

**FIRST CAUSE OF ACTION**

**FEDERAL TRADE DRESS INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, AND UNFAIR COMPETITION UNDER 15 U.S.C. § 1125 (A)**

143.   HP repeats and realleges each and every allegation contained in the foregoing paragraphs of the Complaint as if set forth herein in full.

144.   The HP Trade Dress is inherently distinctive, and HP has used and marketed the HP Trade Dress to distinguish and identify its company and to promote its ink and toner cartridges in the marketplace such that, in the minds of the public, the primary significance of the HP Trade Dress is to identify HP as the source of its products.

145.   HP has acquired substantial goodwill in the HP Trade Dress by virtue of its continued use for nearly 15 years, and the overall fame and recognition of the HP brand.  To the extent that the HP Trade Dress is not inherently distinctive, it has gained secondary meaning by virtue of extensive use and promotion.

146.   Defendants' use of the HP Trade Dress has already caused confusion, mistake, or deception, and constitutes infringement of HP's Trade Dress, false designation of origin and unfair competition in violation of the Lanham Act, 15

1    U.S.C. § 1125(a).

2    147.    Defendants were fully aware of HP, the HP ink and toner cartridges,

3    and the HP Trade Dress before copying and using the HP Trade Dress to advertise

4    their non-HP products on the Amazon platform and on other online retail platforms.

5    148.    As a result of Defendants' acts of trade dress infringement, false

6    designation of origin, and unfair competition, Defendants have diminished the

7    reputation of HP and its products, and significantly and unfairly benefited in the

8    marketplace, at the expense of HP and unsuspecting customers.

9    149.    As a result of Defendants' unlawful conduct, HP has been and

10    continues to be substantially and irreparably harmed.  If Defendants' infringement

11    and unlawful acts are permitted to continue, HP will sustain further damage and

12    irreparable injury.  Through such unfair acts and use of near identical trade dress,

13    the value of the HP Trade Dress will be diminished or destroyed, for which damage

14    HP cannot be adequately compensated at law.

15    150.    Defendants have derived unlawful gains and profits from their

16    infringement of the HP Trade Dress, and Defendants thereby have caused loss and

17    damage to the goodwill in the HP Trade Dress.  As a direct and proximate result of

18    Defendants' infringement, HP has suffered and is likely to suffer injury to its

19    business, goodwill, reputation, and profit, all to the damage of HP Trade Dress, in

20    an amount as yet unknown but to be proven at trial.

21    151.    HP's damages may be trebled pursuant to Section 35(a) of the Lanham

22    Act, 15 U.S.C. § 1117(a) because Defendants' actions have been committed

23    willfully, with intent to deceive and with full knowledge of HP's prior use of the

24    HP Trade Dress.

25    152.    HP is therefore entitled to a preliminary and permanent injunction

26    enjoining and restraining Defendants from using the HP Trade Dress or anything

27    confusingly similar to the HP Trade Dress.

28    /////

-43-

1

2

3

## SECOND CAUSE OF ACTION

### COMMON LAW TRADE DRESS INFRINGEMENT, UNFAIR COMPETITION, AND MISAPPROPRIATION

4      153.   HP repeats and realleges each foregoing paragraph of the Complaint,

5   as if set forth herein in full.

6      154.   Defendants have infringed HP's Trade Dress in violation of HP's

7   proprietary rights and have engaged in false and misleading advertising.  Such acts

8   constitute trade dress infringement, unfair trade practices, and unfair competition

9   under the common law.

10      155.   Defendants' activities described above have at all times been willful

11   and/or knowing.

12      156.   As a direct and proximate result of actions of Defendants described

13   above, HP has been damaged and will continue to be damaged.

14

15

### THIRD CAUSE OF ACTION

### FEDERAL FALSE ADVERTISING UNDER 15 U.S.C. § 1125 (A)

16      157.   HP repeats and realleges each foregoing paragraph of the Complaint,

17   as if set forth herein in full.

18      158.   Defendants' actions, as described above, constitute false and misleading

19   descriptions and misrepresentations of fact in commerce which, in commercial

20   advertising and promotion, misrepresent the nature, characteristics, and qualities of

21   Defendants' products and HP's products in violation of Section 43(a)(1)(B) of the

22   Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

23      159.   Defendants' activities described above have at all times been willful

24   and/or knowing.  In particular, Defendants are engaged in a "bait and switch"

25   scheme whereby their advertising suggests that the consumer will receive HP

26   product(s), when in fact, what they receive bears no resemblance to what was

27   offered for sale.

28      160.   As a direct and proximate result of actions of Defendants described

-44-

1  above, HP has been damaged and will continue to be damaged.

2  **FOURTH CAUSE OF ACTION**

3  **UNFAIR COMPETITION UNDER**

4  **CAL. BUS. & PROF. CODE § 17200 ET SEQ.**

5  161.   HP repeats and realleges each and every allegation contained in the

6  foregoing paragraphs of the Complaint as if set forth herein in full.

7  162.   HP repeats and realleges each and every allegation contained in the

8  foregoing paragraphs of the Complaint as if set forth herein in full.

9  163.   Defendants' use of and marketing of products via advertisements and

10  images that infringe the HP Trade Dress, as alleged above, constitutes unfair

11  competition and an unlawful business practice in violation of Sections 17200 *et seq.*

12  of the California Business and Professions Code and common law.

13  164.   Defendants' unfair competition practices, namely, the adoption and

14  use of the HP Trade Dress, have been willful and have been committed with the

15  knowledge of HP's business and use of its HP Trade Dress.

16  165.   Defendants' use of the HP Trade Dress has deceived or is likely to

17  deceive HP's customers and potential customers and/or Defendants' customers and

18  potential customers into believing that Defendant's products and HP's products, or

19  the parties' businesses, are related, and/or that Defendants' products are affiliated

20  with, associated with, and/or sold by HP and/or that HP's products are affiliated

21  with, associated with, and/or sold by Defendants.

22  166.   As a result of Defendants' acts of unfair competition, HP has been and

23  continues to be substantially and irreparably harmed.  If Defendants' unfair

24  competition is permitted to continue, further damage and irreparable injury will be

25  sustained by HP.  Through such unfair acts and use of confusingly similar trade

26  dress, the value of the HP Trade Dress will be diminished or destroyed, for which

27  damage HP cannot be adequately compensated at law.

28  167.   Defendants have derived unlawful gains and profits from their acts of

-45-

unfair competition, as alleged above, and has caused loss and damage to HP, HP's goodwill, and the HP Trade Dress.  HP has suffered and is likely to suffer injury to its business, goodwill, reputation, and profit, in an amount as yet unknown but to be proven at trial.

## FIFTH CAUSE OF ACTION

### CALIFORNIA STATE DECEPTIVE TRADE PRACTICES
### UNDER CAL. BUS. & PROF. CODE § 17500 ET SEQ.

168.   HP repeats and realleges each foregoing paragraph of the Complaint, as if set forth herein in full.

169.   Defendants are intentionally and in bad faith false and/or misleading advertising practices to pass off their infringing packaging design as products of HP, causing a likelihood of confusion or misunderstanding as to the source, sponsorship, or approval of Defendants' infringing packaging, causing a likelihood of confusion as to Defendants' affiliation, connection, or association with HP, and otherwise damaging the public.

170.   Defendants' conduct constitutes unfair and deceptive acts or practices in the course of a business, trade, or commerce in violation of the unfair and deceptive trade practices statute of California Business and Professions Code §17500 *et seq*.

171.   Defendants' deceptive trade practices have caused and are likely to cause substantial injury to the public and to HP.

172.   HP is therefore entitled to injunctive relief and to recover damages and, if appropriate, punitive damages, costs, and reasonable attorneys' fees.

## PRAYER FOR RELIEF

WHEREFORE, HP respectfully prays that the Court:

1.   Issue preliminary and permanent injunctive relief against Defendants, and Defendants' officers, agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with

-46-

Defendants, such that they be enjoined and restrained from:

(a)    using, imitating, copying, or making any other infringing use of trade dress on packaging or in advertising now or hereafter that is confusingly similar or identical to the HP Trade Dress in connection with ink or toner cartridges or related printing materials;

(b)    manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any simulation, reproduction, counterfeit, copy, or colorable imitation of the HP Trade Dress or any trade dress/trademark confusingly similar thereto;

(c)    engaging in any other activity constituting an infringement of the HP Trade Dress, or of HP's rights in, or right to use or to exploit the HP Trade Dress; and

(d)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (c) above;

2.    Order that Defendants, and those in active concert in with them, hold in trust, as constructive trustees for the benefit of HP, any and all profits obtained from the marketing and/or provision of Defendants' goods under the HP Trade Dress;

3.    Order directing each Defendant to withdraw, retract, and/or destroy as applicable all advertisements, commercials, and other materials containing: (1) any of the false or misleading statements complained of herein; (2) any false, misleading, or deceptive statements regarding or related to the HP Trade Dress; and (3) any infringing packaging;

4.    Order Defendants to pay HP's damages and Defendant's profits pursuant to 15 U.S.C. § 1117(a) for Defendant's willful violation of the HP Trade Dress, along with punitive and exemplary damages;

5.    Order Defendants to pay to HP pre-judgment interest, post-judgment

-47-

interest, the costs of this action, and the reasonable attorneys' fees incurred in prosecuting this action; and

6. Grant HP such other and additional relief authorized by Section 1117 or as is just and proper.

Dated:  January 23, 2023                DLA PIPER LLP (US)


                                        By: /s/ Melissa Reinckens
                                        Melissa Reinckens
                                        Jane W. Wise
                                        Jordan Chisek
                                        DLA PIPER LLP (US)

                                        David H. Kramer
                                        Jordan R. Jaffe
                                        WILSON SONSINI GOODRICH &
                                        ROSATI

                                        Attorneys for Plaintiffs

-48-

COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

2

HP demands a trial by jury as to all issues so triable.

3

4

Dated:  January 23, 2023               DLA PIPER LLP (US)

5

6                                       By  */s/ Melissa Reinckens*
                                            Melissa Reinckens
7                                           Jane W. Wise
                                            Jordan Chisek
8                                           DLA PIPER LLP (US)

9                                           David H. Kramer
                                            Jordan R. Jaffe
10                                          WILSON SONSINI GOODRICH &
                                            ROSATI

11                                          Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT