# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

HP INC. AND HEWLETT PACKARD

          Plaintiff(s)

v.

WISETA, ET AL.

          Defendant(s)

CASE No C  4:23-cv-00344-HSG

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☑ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☑ other requested deadline: November 1, 2023

Date: 06/06/2023       /s/ Melissa A. Reinckens  
                             Attorney for Plaintiff

Date: 06/06/2023       /s/ Sijiu Ren  
                             Attorney for Defendants   WISETA, EJET, KEENKLE, ABOIT, and SHEENGO

☐ IT IS SO ORDERED.  
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:

_____  
U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*