|   |   |
|---|---|
| United States District Court<br>Northern District of California | |

1   UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA
3
4   HP INC., et al.,                        ,           Case No. 4:23-cv-0344 -HSG
5           Plaintiff(s),
6       v.                                              **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
7   WISETA, et al.,                      ,             (CIVIL LOCAL RULE 11-3)
8           Defendant(s).
9
10      I, ___Peter J. Curtin___, an active member in good standing of the bar of
11   ___the Supreme Court of Illinois___, hereby respectfully apply for admission to practice pro hac
12   vice in the Northern District of California representing: ___See attachment___ in the
13   above-entitled action. My local co-counsel in this case is ___Sijiu Ren___, an
14   attorney who is a member of the bar of this Court in good standing and who maintains an office
15   within the State of California. Local co-counsel's bar number is: ___332947___.
16
17   See attachment                                     See attachment
     MY ADDRESS OF RECORD                               LOCAL CO-COUNSEL'S ADDRESS OF RECORD
18   (312) 358-1369                                     (619) 866-2204
     MY TELEPHONE # OF RECORD                           LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
19
20   pete_curtin@archlakelaw.com                        sean.ren@consultils.com
     MY EMAIL ADDRESS OF RECORD                         LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD
21
22       I am an active member in good standing of a United States Court or of the highest court of
23   another State or the District of Columbia, as indicated above; my bar number is: ___IL: 6332596___.
24       A true and correct copy of a certificate of good standing or equivalent official document
25   from said bar is attached to this application.
26       I have been granted pro hac vice admission by the Court ___0___ times in the 12 months
27   preceding this application.
28

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 07, 2023

Peter J. Curtin
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Peter J. Curtin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/8/2023

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE

**ATTACHMENT TO REVISED APPLICATION**
**FOR ADMISSION PRO HAC VICE OF PETER J. CURTIN**

<u>Defendants represented</u>: Wiseta, Ejet, KEENKLE, ABOIT, and SHEENGO

<u>Addresses of Record</u>:

| | |
|---|---|
| Peter J. Curtin | Sinjiu Ren   (Local Co-counsel) |
| ARCH & LAKE LLP | INNOVATIVE LEGAL SERVICES, P.C. |
| 203 N. LaSalle Street, | 355 S. Grand Ave., |
| Suite 2100 | Suite 2450 |
| Chicago, IL  60601 | Los Angeles, CA 90071 |



**Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
4/24/2023

Re: Peter James Curtin
Attorney No. 6332596

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Peter James Curtin was admitted to practice law in Illinois on 11/7/2019; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar