UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HP Inc. et al.

                Plaintiff(s)

v.

Wiseta et al.

                Defendant(s)

CASE No C 4:23-cv-00344-HSG

STIPULATION AND ORDER SELECTING ADR PROCESS
(as modified)

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)
  Private mediation. Parties will meet and confer as to provider.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: November 1, 2023

Date: 06/12/2023      /s/Melissa A. Reinckens
                             Attorney for Plaintiff

Date: 6/12/2023      /s/Sijiu Ren
                             Attorney for Defendant

☒ IT IS SO ORDERED.  The previous order (docket no. 33) approving court-connected mediation is vacated.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 6/13/2023

*/s/ Haywood S. Gilliam, Jr.*
U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019