UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HP INC., et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>WISETA, et al.,<br><br>          Defendants. | Case No. 23-cv-00344-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on June 13, 2023. Having considered the parties' proposal, *see* Dkt. No. 34, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | September 29, 2023 |
| Close of Fact Discovery | March 29, 2024 |
| Exchange of Opening Expert Reports | April 26, 2024 |
| Exchange of Rebuttal Expert Reports | May 31, 2024 |
| Close of Expert Discovery | June 28, 2024 |
| Dispositive Motion Hearing Deadline | September 26, 2024, at 2:00 p.m. |
| Pretrial Conference | January 7, 2025, at 3:00 p.m. |
| Jury Trial (5 days) | January 27, 2025, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   6/13/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge