UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HP INC. AND HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> WISETA, ZHAICOLOR, MOOHO, ROHON, SHEENGO, ABOIT, HALOFOX, X-E-OFFICE, EJET, KEENKLE, IDAHOTONER, DOES 1-10, <br><br> Defendants. | CASE NO.: 3:23-cv-00344-RFL <br><br> **STIPULATION AND [PROPOSED] ORDER ENTERING CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

Pursuant to Federal Rules of Civil Procedure 58 and 65, Plaintiffs HP, Inc. and Hewlett-Packard Development Company, L.P. ("HP") and Defendant Keenkle, a company with its principal place of business in Guangzhou, China and organized under the laws of China (collectively, the "Parties") jointly submit this stipulation respectfully requesting an Order from this Court entering (1) a final consent judgment in this action, and (2) a permanent injunction against Defendant.

## BACKGROUND

On January 23, 2023, HP commenced this action for (1) infringement of its trade dress under 15 U.S.C. § 1125(a), (2) common law trade dress infringement, unfair competition, and misappropriation, (3) federal false advertising under 15 U.S.C. § 1125(a), (4) Unfair Competition under Cal. Bus. & Prof. Code § 17200 et seq., and (5) Deceptive Trade Practices under Cal. Bus. & Prof. Code § 17500 et seq.

This action arises from Defendant's sales of ink and toner product that infringe HP's protectable trade dress. Plaintiffs and Defendant have now reached an agreement to resolve this matter by the Court's entry of the [Proposed] Order Entering Final Consent Judgment and Permanent Injunction set forth herein, and respectfully request entry of the same.

## STIPULATION REGARDING CONSENT JUDGMENT AND PERMANENT INJUNCTION

IT IS HEREBY STIPULATED, by and between the Parties, that:

1. The Court enter a final judgment as follows:

   a. This Court has jurisdiction over HP and Defendant, as well as over the subject matter of this action;

   b. Venue is proper in this Court;

   c. Defendant acknowledges that HP has a protectable trade dress for its ink and toner cartridge packages as described in the Complaint at paragraphs 35-38 and 43-44 (the "Trade Dress") and reproduced in **Exhibit A,** attached hereto.

   d. Defendant acknowledges that the accused imagery and packaging in the Complaint infringe HP's Trade Dress

   e. Defendant acknowledges that the packaging for the accused products in the Complaint is confusingly similar to HP's Trade Dress.

   f. Defendant acknowledges that HP has been harmed by Defendant's infringement of HP's Trade Dress, including that HP has suffered irreparable harm to its goodwill and brand recognition associated with the Trade Dress. Defendant acknowledges that their infringement has caused and, if it were to continue would further cause, confusion in the minds of relevant consumers regarding the source and quality of Defendant's products.

2. The Court also enter a permanent injunction as follows:

a. Defendants, their subsidiaries and affiliated companies, and their agents, servants, directors, officers, principals, employees, representatives, assigns, and those acting in concert with them or at their direction, are hereby permanently restrained, enjoined, and prohibited from:

   i. using, selling, promoting, or displaying any products and offering any services under the Trade Dress or any variations thereof, or any trade dress or images of trade dress that are confusingly similar to the Trade Dress;

   ii. using the Trade Dress, or any variations thereof, in or as part of any business or service or commercial activity;

   iii. using the Trade Dress, or any other identical or similar design for any products or services related to ink or toner or in any manner likely to cause confusion, mistake, or deception with the Trade Dress;

   iv. engaging in any other conduct that tends to falsely represent that, or is likely to confuse, mislead, or deceive consumers into believing that Defendants products or services are offered, sold, sponsored, approved, or licensed by HP when they are not; and

   v. causing or inducing any third party to participate in, or contributing to any third party's participation in, any of the activities described in i - iv.

   b.  The permanent injunction is effective immediately following the date of the order entered by this Court and Defendant waives notice of the permanent injunction upon them.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 4, 2024

_____
The Honorable Rita F. Lin
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

Dated:    February 28, 2024

HP INC. AND HEWLETT-PACKARD
DEVELOPMENT COMPANY, L.P.

DocuSigned by:

*Jordan Jaffe*
027A4A0499DA47E...
_____
Jordan R. Jaffe
Attorney for HP INC. AND HEWLETT-
PACKARD DEVELOPMENT COMPANY,
L.P.

Dated: 2/26/2024
Guangzhou, China

Keenkle

Slumgcpr
       ng Yang
_____
General manager

AGREED AS TO FORM AND CONTENT:

Dated:    February 28, 2024

Wilson Sonsini Goodrich & Rosati

DocuSigned by:

*Jordan Jaffe*
027A4A0499DA47E...
_____
Jordan R. Jaffe
Wilson Sonsini Goodrich & Rosati
One Market Plaza Spear Tower Suite 3300
San Francisco, CA 94105
(415) 947-2000
jjaffe@wsgr.com

6

                                                     Attorneys for HP INC. AND HEWLETT-
                                                     PACKARD DEVELOPMENT COMPANY,
                                                     L.P.

Dated: February 28, 2024

                                                   Arch & Lake LLP

                                                   *Peter J. Curtin*
                                                   Peter J. Curtin
                                                   203 North LaSalle Street, Suite 2100
                                                   Chicago, Illinois 60601
                                                   (312) 558-1369
                                                   pete_curtin@archlakelaw.com
                                                   Attorneys for Keenkle

Exhibit A

**HP's Protectable Trade Dress**

HP's Standard Series Ink Trade Dress consists of the overall appearance of the product packaging, including but not limited to the shape, color, color combinations, and imagery. Features of the Standard Series Ink Trade Dress include:

- Bright blue top panel;
- Bright blue accents calling out text and product features;
- Black beveled side panels;
- HP logo, with white stylized letters against a blue circular background, featured in the top left corner of the packaging;
- Vibrant nature scene showing detailed imagery of butterflies in bright blue; and
- White call out panel describing features of the ink cartridges.

Example of HP's protectable Standard Series Ink Trade Dress:



HP's XL Series Ink Trade Dress consists of the overall appearance of the product packaging, including but not limited to the shape, color, color combinations, and imagery. Features of the XL Series Ink Trade dress include:

- Bright green top panel;
- Bright green accents calling out text and product features;
- Black beveled side panels;
- HP logo, with white stylized letters encompassed **in** a blue circular background, featmed in the top left comer of the packaging;

- Vibrant green nature scene showing detailed imagery of a butterfly resting on lush, green plant life; and
- White call-out panel describing features of the ink cartridges.

Example of HP's protectable XL Series Ink Trade Dress:



The HP Toner Trade Dress consists of the overall appearance of the product packaging, including but not limited to the color, color combinations, and graphics. Features of the Toner Trade Dress include:

- Digital display of city names from around the world set on an angle and fading from dark blue into a black background;
- The front panel of the product packaging features a bold diagonal cut, mimicking the angle of the letters "hp" in HP's logo, that contrasts the blue/black background and white product detail information;
- HP logo, with a blue circle encompassing white stylized letters, featured in the top left corner of the packaging; and
- White call-out panel describing features of the toner cartridges.

Example of HP's protectable Toner Trade Dress:

