UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HP INC., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>WISETA, et al.,<br><br>        Defendants. | Case No. 23-cv-00344-RFL<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

      Having granted Plaintiffs HP Inc. and Hewlett-Packard Development Company, L.P.'s, (collectively "HP") motion for entry of default judgment and permanent injunction, it is now ORDERED that judgment is entered in favor of HP, and against ZHAICOLOR, MOOHO, HALOFOX, ROHON, X-E-OFFICE, and IDAHOTONER (collectively, "Defaulting Defendants"), as to all of HP's remaining claims in the case. The Court finds Defaulting Defendants liable for (1) infringement of its trade dress under 15 U.S.C. § 1125(a), (2) common law trade dress infringement, unfair competition, and misappropriation, (3) Unfair Competition under Cal. Bus. & Prof. Code § 17200 et seq., and (4) Deceptive Trade Practices under Cal. Bus. & Prof. Code § 17500 et seq. The Lanham Act false advertising claim has been DISMISSED. It is ORDERED that judgment is entered in favor of HP that the HP Trade Dress is valid and protectable. *See* Compl. ¶¶ 35-38, 43-44 and reproduced and attached hereto as Exhibit A.

      For the reasons detailed in the order granting the motion for entry of default judgment and permanent injunction, the Court hereby enters the following PERMANENT INJUNCTION: Commencing immediately on and as of the "So Ordered" date of this Judgment and Permanent Injunction, Defaulting Defendants, their respective subsidiaries and affiliates, officers, agents,

servants, employees, attorneys, and all persons acting or claiming to act on their behalf under their direction or authority, and all persons acting or claiming to act in concert or in participation with any of them, be permanently enjoined and restrained from:

    (a) using, imitating, copying, or making any other infringing use of trade dress on packaging or in advertising now or hereafter that is confusingly similar or identical to the HP Trade Dress in connection with ink or toner cartridges or related printing materials;

    (b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any simulation, reproduction, counterfeit, copy, or colorable imitation of the HP Trade Dress or any trade dress/trademark confusingly similar thereto;

    (c) engaging in any other activity constituting an infringement of the HP Trade Dress, or of HP's rights in, or right to use or to exploit the HP Trade Dress;

    (d) engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead, or deceive consumers into believing that the Defaulting Defendants' products are offered, sold, sponsored, approved, or licensed by HP when they are not; and

    (e) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (1) through (4) above.

This Injunction shall apply throughout the world to the fullest extent of this Court's jurisdiction. This is a final judgment as to all claims remaining against the Defaulting Defendants in this action.

    In addition, it is ORDERED that HP is entitled to an award of its reasonable attorneys' fees in the amount of $60,577, for which Defaulting Defendants shall be jointly and severally liable.

    This Court shall retain jurisdiction for the purpose of making any further orders necessary or proper for the construction or modification of this Judgment, the enforcement thereof, and/or

punishment for any violations thereof. HP shall retain its right to seek damages, including damages for all past conduct encompassed by the Complaint and any additional damages, and to request additional attorneys' fees and costs, if any Defaulting Defendants violates this Judgment and/or Permanent Injunction and HP enforces its provisions against such Defaulting Defendant.

**IT IS SO ORDERED.**

Dated: May 13, 2024

RITA F. LIN
United States District Judge

# Exhibit A

### HP's Protectable Trade Dress

HP's Standard Series Ink Trade Dress consists of the overall appearance of the product packaging, including but not limited to the shape, color, color combinations, and imagery. Features of the Standard Series Ink Trade Dress include:

- Bright blue top panel;
- Bright blue accents calling out text and product features;
- Black beveled side panels;
- HP logo, with white stylized letters against a blue circular background, featured in the top left corner of the packaging;
- Vibrant nature scene showing detailed imagery of butterflies in bright blue; and
- White call out panel describing features of the ink cartridges.

Example of HP's protectable Standard Series Ink Trade Dress:



HP's XL Series Ink Trade Dress consists of the overall appearance of the product packaging, including but not limited to the shape, color, color combinations, and imagery. Features of the XL Series Ink Trade dress include:

- Bright green top panel;
- Bright green accents calling out text and product features;
- Black beveled side panels;
- HP logo, with white stylized letters encompassed in a blue circular background, featured in the top left corner of the packaging;

- Vibrant green nature scene showing detailed imagery of a butterfly resting on lush, green plant life; and
- White call-out panel describing features of the ink cartridges.

Example of HP's protectable XL Series Ink Trade Dress:



The HP Toner Trade Dress consists of the overall appearance of the product packaging, including but not limited to the color, color combinations, and graphics. Features of the Toner Trade Dress include:

- Digital display of city names from around the world set on an angle and fading from dark blue into a black background;
- The front panel of the product packaging features a bold diagonal cut, mimicking the angle of the letters "hp" in HP's logo, that contrasts the blue/black background and white product detail information;
- HP logo, with a blue circle encompassing white stylized letters, featured in the top left corner of the packaging; and
- White call-out panel describing features of the toner cartridges.

Example of HP's protectable Toner Trade Dress:

